IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAN CHILCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-225 Erie |
| ) | |
| ERIE COUNTY DOMESTIC ) | |
| RELATIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 27th day of September, 2005, and upon consideration of the Plaintiff, Shan Chilcott's Appeal of Magistrate Judge Susan Paradise Baxter's Order dated September 12, 2005 on his Motion for Appointment of Counsel [Doc. No. 8], it is hereby ORDERED that the Appeal [Doc. No. 13] is DENIED.


                                            s/ Sean J. McLaughlin
                                            United States District Judge


cc:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge