IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAN CHILCOTT, )
            Plaintiff, )
   v. )   C.A. No. 05-225 Erie
)
DOMESTIC RELATIONS SECTION, et al, )
            Defendants. )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on August 10, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on March 1, 2006, recommended that the Motion to Dismiss filed by Defendants Dunlavey and Domestic Relations Section (Doc. #41) be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail at 539 East Ninth Street, Erie, PA 16503, the last address of record, and on Defendants. Objections were filed by Plaintiff on March 6, 2006. After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 27th Day of March, 2006;

IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendants Dunlavey and Domestic Relations Section (Doc. #41) is GRANTED.

The report and recommendation of Magistrate Judge Baxter, dated February 28, 2006, is adopted as the opinion of the court.

March 27, 2006   _____
MAURICE B. COHILL, JR.
United States District Judge

cc:   Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record